**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7211**

QUAMAINE LEE MASSEY,

                Plaintiff - Appellant,

        v.

DUSTIN GOINS,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:19-cv-00030-MR)

Submitted:  November 17, 2020                    Decided:  November 20, 2020

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Quamaine Lee Massey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quamaine Lee Massey appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Massey v. Goins*, No. 5:19-cv-00030-MR (W.D.N.C. June 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
